IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:16-CR-60 |
| | : 3:20-CV-1062 |
| JEREMY WEST | : (JUDGE MARIANI) |
| Defendant. | : |

## ORDER

AND NOW, this 25th DAY OF JANUARY, 2021, upon consideration of Defendant Jeremy West's *pro se* motion based on the application of *United States v. Davis*, 139 S. Ct. 2319 (2019) and counseled supplemental motion to correct sentence under 28 U.S.C. § 2255, (Docs. 70, 72), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motions are **DENIED** for the reasons set forth in the Court's concurrently filed Memorandum Opinion;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **CLOSE** civil case number 3:20-CV-1062.

Robert D. Mariani
United States District Court Judge